KRISTA L. BAUGHMAN (SBN: 264600)
kbaughman@dhillonlaw.com
KARIN M. SWEIGART (SBN: 247462)
ksweigart@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Attorneys for Plaintiffs Dual Diagnosis Treatment Center, Inc., a California corporation; Adeona Healthcare, Inc., a California limited liability company and Tonmoy Sharma, an individual

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUAL DIAGNOSIS TREATMENT CENTER, INC., a California corporation, et al.,<br><br>Plaintiff(s),<br><br>v.<br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, a California public agency, et al.,<br><br>Defendant(s). | CASE NUMBER<br>8:21-cv-01488-JLS-JDE<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| January 31, 2022 | /s/Krista L. Baughman |
| *Date* | *Signature of Attorney/Party* |

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*